No. 9251.

Martin & Shayot vs. Chs. V. Thibaut, Tax Collector.

37  21
110  949

Property used for rice-milling purposes is not exempt from taxation.  36 Ann. 347, affirmed.

APPEAL from the Twenty-fourth District Court, Parish of Plaquemines. *Livaudais*, J.

*E. H. McCaleb* for Planitiffs and Appellees.

*F. C. Zacharie* for Defendant and Appellant.

The opinion of the Court was delivered by

Bermudez, C. J. This is an injunction suit to prevent the seizure and sale of property used for rice milling purposes, to satisfy a tax

assessed thereon. It rests on the sole ground that the same is exempt from taxation.

The tax collector denies the exemption and asks judgment for the tax.

From a judgment in favor of plaintiffs, the defendant appeals.

The issue presented was formally determined in the Ernst case, 36 Ann. 347, in which the legality of that *tax* was recognized.

It is, therefore, ordered that the judgment appealed from be reversed and that the injunction issued be dissolved, and that the defendant recover of the plaintiffs the sum of one hundred and twenty-six dollars and fifty cents ($126 50) with costs in both courts.